**Motion for Rehearing Granted; Appeal Reinstated; Memorandum Opinion filed December 17, 21020, Withdrawn; and Order filed February 2, 2021.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-20-00713-CV

_____

### HENRY TOWNSEND AND GOLDIE SMITH, Appellants

### V.

### ATLAS 13 NORTHWEST MEDICAL, LP, Appellee

**On Appeal from the 61st District Court
Harris County, Texas
Trial Court Cause No. 2016-35237**

## O R D E R

This court issued an opinion dismissing this appeal on December 17, 2020. Appellants filed a motion for rehearing. On January 8, 2021, the court requested that appellees file a response to the motion for rehearing on or before January 22, 2021. _See_ Tex. R. App. P. 49.2. No response has been filed.

We order as follows:

1. The motion for rehearing is granted, and the appeal is reinstated.

2. Our December 17, 2020 opinion is withdrawn, and our judgment of the same date is vacated.

3. As stated in our order issued November 5, 2020, we will dismiss this appeal for lack of jurisdiction unless appellants file a motion to extend time to file their notice of appeal. **The motion to extend time is due within 10 days of this order.**

4. Appellants' brief is due within **30 days** of this order.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Wise and Hassan.